AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

**FILED**
October 02, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: CM
DEPUTY

United States of America
v.

ALFREDO ALEJANDRO

*Defendant(s)*

Case No. SA:26-MJ-1242

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of October 1, 2026 in the county of BEXAR in the WESTERN District of TEXAS, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. 841(a)(1) & (b)(1)(B) | Possession with Intent to Distribute Methamphetamine Mixture, more than 50 grams.<br><br>PENALTIES: 5-40 years imprisonment, 4 years to life supervised release, $5,000,000 fine and $100 special assessment. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

■ Continued on the attached sheet.

HUNTER WESTBROOK (Affiliate) Digitally signed by HUNTER WESTBROOK (Affiliate) Date: 2026.10.01 19:34:14 -05'00'

*Complainant's signature*

Hunter Westbrook, DEA TFO

*Printed name and title*

☐ Sworn to before me and signed in my presence.
■ Sworn to telephonically and signed electronically.

[signature]

*Judge's signature*

Date: October 2, 2026

City and state: San Antonio, Texas

Elizabeth S. Chestney, US MAGISTRATE JUDGE

*Printed name and title*

Being duly sworn, I declare that the following is true and correct to the best of my knowledge:

1. I am a Police Officer with the University of Texas San Antonio Police Department where I have been commissioned for approximately ten years. I have been a Texas Peace officer since 2012 and have been assigned to the DEA, San Antonio District Office located in San Antonio, Texas since January 2017. I am currently assigned as a Task Force Officer to the DEA San Antonio District Office in San Antonio, Texas. I have participated in numerous narcotics investigations. I am familiar with the ways in which drug traffickers conduct their business, including, but not limited to, their methods of importing, concealing, packaging, diluting (cutting) and distributing controlled substances, their use of cellular telephone and short message service (SMS) / text message, and their use of code words to conduct their illegal activities. I know how drug traffickers collect, transport, secret and launder proceeds derived from drug distribution. I am familiar with the documents generated through all of these illegal activities. I have executed numerous search warrants in my career.
2. On October 1, 2026, Agents with DEA San Antonio, HIS, San Antonio, the San Antonio Police Department, and the Bexar County Sheriff's Office executed search warrants at three (3) residences on Torreon St. in San Antonio, TX, that agents found were associated with the distribution of fentanyl.
3. During the execution of a search warrant at 1004 Torreon St. San Antonio, TX, Agents encountered Alfredo ALEJANDRO inside the residence and detained him as part of the execution of the search warrant.
4. Once 1004 Torreon St. San Antonio was secured, Agents began searching the residence and found the following items in ALEJANDRO's bedroom: approximately 131 grams of

a substance that tested positive for cocaine, approximately 71 grams of a substance that tested positive for fentanyl, approximately 128 grams of a substance that tested positive for methamphetamine, approximately 165 grams of various prescription pills, one Harrington and Richardson short barrel shot gun bearing SN:BAA17084, one Radical Firearms 5.56 AR rifle bearing SN: 20019814, an estimated 100 sandwich bags that are used to package narcotics, digital scales with narcotics residue on them, and approximately $3,000.00 USC.

5. Agents conducted a post Miranda Interview of ALEJANDRO and ALEJANDRO stated the narcotics found in his bedroom were his. ALEJANDRO stated he purchases an ounce of methamphetamine every three weeks, an ounce of cocaine every week, and an ounce of heroin every three days. ALEJANDRO admitted to ownership of the firearms and stated that the rifle was owned by his brother and used to protect his residence. ALEJANDRO stated he was aware he was prohibited from owning or possessing a firearm.

6. ALEJANDRO was convicted for Possession of a Controlled Substance 4g-200g on April 30, 2021, a 2nd degree felony in the State of Texas.

HUNTER WESTBROOK (Affiliate)
Digitally signed by HUNTER WESTBROOK (Affiliate)
Date: 2026.10.01 19:34:35 -05'00'

Hunter Westbrook
Drug Enforcement Administration, TFO

Subscribed and sworn before me the 2nd day of October 2026.

HONORABLE ELIZABETH S. CHESTNEY
UNITED STATES MAGISTRATE JUDGE